# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 7:22-cv-00047 | United States District Court for the Western District of Texas Odessa-Midland Division | Midland, TX | 6778318 (7:22-cv-00047) |
| **Plaintiff / Petitioner:** Kelly Thomas | | **Defendant / Respondent:** Zenith Solar LLC | |
| **Received by:** WesTex Process Service, Shawn DeWitt | | **For:** Kimmel & Silverman, P.C. | |
| **To be served upon:** Zenith Solar LLC | | | |

I, Shawn DeWitt, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Zenith Solar LLC, 13108 STATE HIGHWAY 191, MIDLAND, TX 79707-1625
**Manner of Service:** Business, Mar 8, 2022, 3:28 pm CST
**Documents:** Clocked Complaint.pdf, Clocked Civil Cover Sheet.pdf, Stamped Summons.pdf

**Additional Comments:**
1) Unsuccessful Attempt: Mar 7, 2022, 5:30 pm CST at 7008 FOUR SIXES RANCH RD, ODESSA, TX 79765-2205
No answer at door, no activity witnessed, left notice to contact me on front door.

2) Unsuccessful Attempt: Mar 8, 2022, 2:58 pm CST at 6010 E HIGHWAY 191 Suite 245, ODESSA, TX 79762-5003
Bad address no longer located at this address. Spoke with person in neighboring office and they stated Zenith Solar had moved to another location a while ago.

3) Successful Attempt: Mar 8, 2022, 3:28 pm CST at 13108 STATE HIGHWAY 191, MIDLAND, TX 79707-1625 received by Zenith Solar LLC. Age: 35-45; Ethnicity: Caucasian; Gender: Male; Weight: 230; Height: 6'2"; Hair: Other; Other: Caucasian male employee at Zenith Solar LLC acknowledged it by stating yes it was the business location.;
Served business Zenith Solar LLC at 13108 TX-191, Midland, TX 79707 by personally delivering documents to employee who confirmed it was the business in question by stating yes.

*Shawn L. DeWitt*             03/09/2022
Shawn DeWitt                  Date
PSC-19355
EXP-01/31/23
DOB-05/22/1970

WesTex Process Service
520 N Lee Ave
Odessa, TX 79761
(432)349-2088