# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

**Kelly Thomas**
Plaintiff,

v.

**Zenith Solar LLC**
Defendant.

Civil No.: 7:22-CV-047-DC

## CLERK'S ENTRY OF DEFAULT

IT IS APPEARING from the records of the above-entitled action that service of the civil complaint has been made upon the defendant Z**enith Solar LLC** and it further appearing from the Plaintiff's motion and affidavit that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this 2nd day of June 2022, DEFAULT is hereby entered against **Zenith Solar LLC.**

.

U.S. DISTRICT COURT

By: Samantha L. Granado
Deputy Clerk, Samantha L. Granado