**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**ODESSA-MIDLAND DIVISION**

| | |
|---|---|
| Kelly Thomas<br><br>*Plaintiff,*<br><br>v.<br><br>Zenith Solar LLC<br><br>*Defendant.* | Case No. 7:22-cv-00047<br><br>Complaint and Demand for Jury Trial |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST ZENITH SOLAR LLC**

Pursuant to Rule 55(b), Plaintiff, Kelly Thomas ("Plaintiff"), hereby submits his memorandum of law in support of his motion for an entry of a default judgment against Defendant Zenith Solar LLC ("Zenith")

## I. Statement of Relevant Facts and Procedural History

Plaintiff is an adult resident of Katy, Texas. (*See* Plaintiff Certification, ¶ 1.) Defendant Zenith is a business entity with a primary office at 13108 State Highway 191, Midland, Texas 79707. *See* Doc. No. 4, proof of service.

At all times relevant to this lawsuit, Ms. Thomas owned a cell phone used primarily for residential purposes, the number for which was (832) XXX-4244. Plaintiff Certification, ¶¶ 4-5. Thomas' number has been on the Do Not Call registry ever since 2008. (*See* Plaintiff Cert's Ex. A.) Plaintiff never provided express written consent to receive calls from Defendant Zenith, which nonetheless placed over 9 calls and two text messages to Plaintiff soliciting solar energy for which

she did not inquire prior to the call campaign. (Screenshots of nine calls and two texts are attached as Exhibit "B.") The dates and times for the communications follow:

| Date and Time | Number Reflected on Caller ID |
|---|---|
| 11/19/2020 at 10:36 am CST | (832) 59304167 |
| 11/24/2020 at 12:43 pm CST | (620) 583-4833 |
| 11/25/2020 at 9:23 am CST | (832) 517-2084 |
| 11/30/2020 at 3:46 pm CST | (432) 300-4566 |
| 11/30/2020 at 3:02 pm CST | (432) 300-4566 |
| 12/01/2020 at 11:46 am CST | (432) 300-4566 |
| 12/01/2020 at 3:45 pm CST | (432) 300-4566 |
| 12/01/2020 at 10:43 am CST | (832) 503 1143 |
| 12/04/2020 at 9:15 am CST | (432) 300-4566 |

Text messages:

| Date and time | Number Reflected on Caller ID |
|---|---|
| 12/01/2020 at 11:55 am CST | (432) 300-4566 |
| 01/21/2021 at 10:35 am CST | (432) 300-4566 |

Based on the foregoing, on March 31, 2021, Plaintiff filed suit against ZENITH, Budco and Royal. (Doc. No. 1.) In that Complaint, Plaintiff asserted counts under § 227(c)(5) of the TCPA for solicitation calls to a number registered on the Do Not Call list (Count I1); and §302.101 of the Texas Business & Commerce Code for calls made by a telephone solicitor not registered with the Texas Secretary of State (Count II.)

Defendant, Zenith Solar LLC., was served via personal service on March 8, 2022. See Docket Entry 4. Defendant's answer would have been due April 07, 2022. The clerk entered default in favor of Plaintiff and against Zenith on June 2, 2022. (Doc. No. 8.) Plaintiff now moves this Honorable Court for an entry of default judgment.

## II. Argument

Pursuant to Rule 55(a), a default judgment is proper "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." .When a defendant fails to respond, his default is considered an admission of the plaintiff's well-pleaded allegations of fact related to liability. Jackson v. FIE Corp., 302 F.3d 515, 524 (5th Cir. 2002) (quoting Nishimatsu Constr. Co., Ltd. v. Houston Nat'l Bank, 515 F.2d 1200, 1206 (5th Cir. 1975)).

Under 47 U.S.C. § 227(c)(5), individuals have a cause of action if they "received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of" Section 227(c). It is a violation of Section 227(c) to make or transmit a telephone solicitation to any person who is a subscriber to the do not call registry. 47 U.S.C. § 227(c)(3)(F). Individuals have a private right to action "to recover for actual monetary loss from such a violation, or to receive up to $500 in damages for each such violation, whichever is greater . . . ." 47 U.S.C. § 227(c)(5)(B). If the Court finds that the defendant's violation was committed willfully or knowingly, the Court may treble plaintiff's award. 47 U.S.C. § 227(c)(5).

Additionally, §302.101 of the Texas Business & Commerce Code prohibits sellers from engaging in telephone solicitation from a location in this state or to a purchaser located in this state unless the seller obtains a registration certificate from the Office of the Secretary of State for the business location from which the solicitation is made . A plaintiff is permitted to remover $5,000 per unlawful call to a Texas resident where the caller solicited goods or services but failed to register with the State of Texas as a telephone solicitor. Section 302.101 of the Texas Business and Commerce Code. *See Thompson v. Dealer Renewal Servs.,* No. 4:21-cv-0467-P, 2021 U.S. Dist. LEXIS 223424, at *6 (N.D. Tex. Nov. 18, 2021).

Here, Zenith failed to respond or challenge Plaintiff's claims. Plaintiff has met the burden of proving her claims by presenting evidence that the Defendant failed to challenge. Because

Defendant's 11 violations were willful violations of the TCPA, she is entitled to **$16,500.00** under the TCPA. For the Texas claim, at $5,000 per call, Plaintiff is entitled to **$55,000.00.**

In total, Plaintiff is entitled to a default judgment in the amount of **$71,500.00.**

## III. Conclusion

For the foregoing reasons, Plaintiff Kelly Thomas moves this Honorable Court for an entry of default judgment against Zenith Solar, LLC in the amount of **$71,500.00.**

Respectfully submitted,

Kimmel & Silverman, P.C.

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg
30 E. Butler Ave.
Ambler, PA 19002
Phone: (215) 540-8888 ext. 104
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

Dated: June 15, 2022

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg hereby certify that a true and correct copy of the memorandum in support of default judgment motion was electronically filed with the Clerk of Court and transmitted to all parties of record via ECF and sent to Defendant Zenith Solar, LLC.

Zenith Solar LLC
13108 State Highway 191
Midland, Texas 79707.

Date: June 15, 2022 : */s/ Jacob U. Ginsburg*