**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**ODESSA-MIDLAND DIVISION**

| | | |
|---|---|---|
| **KELLY THOMAS,** | ) | **Case No.:** |
| Plaintiff, | ) | |
| v. | ) | **7:22-cv-00047** |
| **ZENITH SOLAR LLC** | ) | |
| Defendants. | ) | |

**DECLARATION OF KELLY THOMAS**

I, Kelly Thomas, hereby certify as follows.

1. I am an adult resident of Katy, Texas.

2. I am the Plaintiff in the above-captioned lawsuit.

3. I have personal knowledge of the averments contained in this Declaration.

4. At all times relevant to this lawsuit, I owned a cell phone, the number for which was (832) XXX-4244.

5. I used that cell phone primarily for residential purposes.

6. I registered my number on the National Do Not Call Registry in or around July 2008 in order to obtain solitude from unwanted telemarketing calls. Ex. A, proof of DNC registration.

7. At no time did I provide express written consent for Zenith Solar to call my cell phone.

8. At no time prior to Zenith's call campaign did I express an interest in solar energy.

9. Nonetheless, I received unwanted solicitation calls from Zenith (by and through its agents and representatives).

10. Those calls were on instances including but not limited to the following:

| | |
|---|---|
| 11/19/2020 at 10:36 am CST | (832) 59304167 |
| 11/24/2020 at 12:43 pm CST | (620) 583-4833 |
| 11/25/2020 at 9:23 am CST | (832) 517-2084 |
| 11/30/2020 at 3:46 pm CST | (432) 300-4566 |
| 11/30/2020 at 3:02 pm CST | (432) 300-4566 |
| 12/01/2020 at 11:46 am CST | (432) 300-4566 |
| 12/01/2020 at 3:45 pm CST | (432) 300-4566 |
| 12/01/2020 at 10:43 am CST | (832) 503 1143 |
| 12/04/2020 at 9:15 am CST | (432) 300-4566 |

11. I also received unwanted text messages from Zenith on the following instances:

| **Date and time** | **Number Reflected on Caller ID** |
|---|---|
| 12/01/2020 at 11:55 am CST | (432) 300-4566 |
| 01/21/2021 at 10:35 am CST | (432) 300-4566 |

12. True and correct copies of my screenshots and phone records for each of those communications are attached as Exhibit B.

13. I found the calls and texts to be annoying, disruptive and irritating.

I, Kelly Thomas, hereby certify the foregoing to be true and correct subject to penalty of perjury.

SO CERTIFIED:

Kelly Thomas

KELLY THOMAS

DATED: 6/15/22