# EXHIBIT “A”

# National Do Not Call Registry - Your Registration Is Confirmed

V

Verify@DonotCall.gov
Tue 7/27/2021 12:17 PM
**To:** You

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 4244 on July 14, 2008. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov

National Do Not Call Registry

Federal Trade Commission. Back to ftc.gov | Español. More Information | Privacy & Security | Home

www.donotcall.gov