# EXHIBIT "B"

Case 7:22-cv-00047-DC-RCG Document 10-3 Filed 06/15/22 Page 2 of 11

xfinity mobile

[redacted]

(832) 593-4167
HOUSTON,10:36:54 AM CST 6 min

NOV 18, 2020

[redacted]

skip

xfinity mobile

HOUSTON,11:06:31 AM CST 1 min

[redacted]

(620) 583-4833
HOUSTON,12:43:12 PM CST 12 min

[redacted]

skip to main content

NOV 23, 2020

xfinity mobile

HOUSTON,11:06:31 AM CST 1 min

[redacted]

(832) 517-2084
HOUSTON,9:23:44 AM CST 8 min

[redacted]

skip

NOV 23, 2020

xfinity mobile

[redacted]

(432) 300-4566
KATY,3:46:48 PM CST 7 min

[redacted]

(432) 300-4566
HOUSTON,3:02:21 PM CST 4 min

[redacted]

skip to main content

HOUSTON 2:47:59 PM CST 7 min

[redacted]

(432) 300-4566
HOUSTON,3:45:51 PM CST 1 min

(800) 994-0363
[redacted]

skip to main content

(432) 300-4566
HOUSTON,11:46:46 AM CST 2 min

Billing | Xfinity Mobile



[redacted]

(832) 503-1143
HOUSTON,10:43:37 AM CST 10 min

DEC 2, 2020

[redacted]

skip

xfinity mobile

[redacted]

(432) 300-4566
KATY,9:15:09 AM CST 5 min

[redacted]

skip

7:05

+1 (432) 300-4566

Siri found new contact info
Rory +1 (432) 300-4566 add...

Text Message
Tue, Dec 1, 11:55 AM

Hey Kelly. This is Rory from the solar company. I sent you an email about obtaining a copy of your solar bill so we can start doing a quote. Feel free to email it back to me or text me a picture of it here. Thanks

Tue, Dec 1, 4:10 PM

It is odd to me that your text message nor your email tell me what company you are with. Can you explain that to me? I would like to know what company I'm doing business with

Kelly we are Perfect home solar.

you Had applied online on getting free consultation on solar program.

I have never applied for anything to get information for anything solar. But that's OK. When I get a chance I'll respond to your email. Thank you for clearing that up for me.

Sure Kelly

Text Message

7:05

+1 (432) 300-4566

Siri found new contact info
Rory +1 (432) 300-4566 add...

Thu, Jan 21, 10:25 AM

Hi , My name is with perfect home solar how are you.

I'm confused. Your company name has changed a few times. Last time you said it was Zeneth?

Hi , My name is Alex with perfect home solar, we got your request about getting free estimates on solar panel program seems like you are paying high electric bill right ?

We are authorized dealers of zeneth Kelly , are you paying high electric bills ?

In your first text, you said you were Rory..... I'm just trying to figure out who I may be doing business with?

And, I've NEVER filled anything out on line or anywhere else in regards to solar. And, yes.... isn't everyone's electric bill high in TX?

Well kelly that was a technical error ,

Text Message

7:05

+1 (432) 300-4566

**Siri found new contact info**
Rory +1 (432) 300-4566 add...

Hi , My name is Alex with perfect home solar, we got your request about getting free estimates on solar panel program  seems like you are paying high electric bill right ?

We are authorized dealers of zeneth Kelly , are you paying high electric bills ?

In your first text, you said you were Rory..... I'm just trying to figure out who I may be doing business with?

And, I've NEVER filled anything out on line or anywhere else in regards to solar.  And, yes.... isn't everyone's electric bill high in TX?

Well kelly that was a technical error , text was generated automatically ,

Yes i mean now a days bills are going higher and higher that's , solar is the best option you can look in to , it will fix your bills and you can own your electric bill, no more renting it from grid .

Text Message