**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **KELLY THOMAS,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. MO:22-CV-47-DC** |
| | § | |
| **ZENITH SOLAR, LLC,** | § | |
| ***Defendant.*** | § | |

**ORDER**

It is **ORDERED** that the Clerk of the Court **CLOSE** this case.

SIGNED this 25th day of August, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE